**FILED**

JUL 25 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

## UNITED STATES COURT OF APPEALS

## FOR THE NINTH CIRCUIT

| | |
|---|---|
| BREONNAH FITZPATRICK; et al., <br><br> Plaintiffs – Appellants/ <br> Cross-Appellees, <br><br> v. <br><br> CITY OF LOS ANGELES, a municipal corporation; et al., <br><br> Defendants – Appellees/ <br> Cross-Appellants. | Nos. 24-5998, 24-6698 <br><br> D.C. No. 2:21-cv-06841-JGB-SP <br> Central District of California, Los Angeles <br><br> ORDER |

The third brief on cross-appeal submitted by Appellants/Cross-Appellees Breonnah Fitzpatrick is filed.

Within 7 days of this order, Appellants/Cross-Appellees must file 6 copies of the brief in paper format bound with yellow front cover pages. Each copy must include certification at the end that the copy is identical to the electronic version. The Form 18 certificate is available on the Court's website, at http://www.ca9.uscourts.gov/forms.

The paper copies must be sent to the Clerk's principal office. The delivery and overnight mailing address is 95 Seventh Street, San Francisco, CA 94103. The regular U.S. mailing address is P.O. Box 193939, San Francisco, CA 94119-3939.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT